OPINION — AG — ** FIREFIGHTERS — RETIREMENT — CONSTITUTIONAL ** THE SECTION 3 OF ENROLLED HOUSE BILL NO. 1091 (TO BE CODIFIED AS 1983 OKLA. SESS. LAWS., C. 143, SECT. 8) REPEALING 11 O.S. 49-136 [11-49-136], 11 O.S. 50-120 [11-50-120] IS UNCONSTITUTIONAL AS APPLIED TO FIREFIGHTERS AND POLICE OFFICERS WHO WERE ELIGIBLE TO RECEIVE A DISABILITY OR RETIREMENT PENSION PRIOR TO MAY 26, 1983 ABSENT A SHOWING THAT THIS REPEAL WAS NECESSARY TO PROTECT THE ACTUARIAL SOUNDNESS OF THE FIREFIGHTERS' AND POLICE OFFICERS PENSION SYSTEM. TO THE EXTENT OPINION NO. 82-011 IS INCONSISTENT WITH THIS OPINION, IT HEREBY IS OVERRULED. (PUBLIC EMPLOYEES, VESTED RIGHTS, IMPAIRMENT OF CONTRACTS, RETROACTIVE APPLIED) CITE: ARTICLE II, SECTION 15, ARTICLE V, SECTION 54, 11 O.S. 49-101 [11-49-101], 11 O.S. 49-109 [11-49-109], 11 O.S. 49-117.1 [11-49-117.1], 11 O.S. 49-136 [11-49-136], 11 O.S. 50-101 [11-50-101](8), 11 O.S. 50-101 [11-50-101](8)(B), 11 O.S. 50-111.1 [11-50-111.1], 11 O.S. 50-114 [11-50-114], 11 O.S. 50-115 [11-50-115], 11 O.S. 50-120 [11-50-120], 11 O.S. 49-100.1 [11-49-100.1], 11 O.S. 100.1 [11-100.1](7) *** NOTE: THIS OPINION IS OVERRULED BY 'STATE OF OKLAHOMA EX REL MARVIN B. YORK V. MICHAEL C. TURPEN, ATTORNEY GENERAL' HOLDING THAT THE ATTORNEY GENERAL DOES NOT HAVE THE AUTHORITY TO HOLD A STATUTE UNCONSTITUTIONAL; OPINION IS ADVISORY ONLY ARTICLE V, SECTION 30, ARTICLE IV, SECTION 1, 74 O.S. 18 [74-18](B) (JOHN D. ROTHMAN)